# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

HEALTHCARE VENTURES GROUP, LLC
AND PHYSICIANS RX PHARMACY, LLC,

              Respondent

              v.

PREMIER PHARMACY, INC. D/B/A
PREMIER PHARMACY SERVICES, GOOD
HEALTH, INC. D/B/A PREMIER
PHARMACY SERVICES, JOEL YERTON
AND TODD WEBER,

              Petitioners

: No. 9 WAL 2024
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 12th day of June, 2024, the Petition for Allowance of Appeal is **DENIED**.